

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2022

No. 04-21-00260-CR

Norberto **ADAME**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000094D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellant's brief is currently due on May 12, 2022. On April 26, 2022, appellant requested a 90-day extension of time to file his brief. Appellant's motion for extension of time is GRANTED IN PART. Appellant's brief is due on or before **June 13, 2022**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court